889 A.2d 1058

IN THE MATTER OF EMILIO SANTIAGO,
AN ATTORNEY AT LAW.

January 26, 2006.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **EMILIO SANTIAGO** of **CLIFTON**, who was admitted to the bar of this State in 1995, and who was suspended from the practice of law for a period of three months effective March 28, 2003, by Order of this Court filed on February 28, 2003, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court.